# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

KEITH W.R. LOWE

      Plaintiff,

v.                              CIVIL ACTION NO. 2:17-cv-02345

DR. SHERRY JOHNSON, et al.,

      Defendants.

## ORDER

On March 17, 2020, the Fourth Circuit Court of Appeals remanded this case back to the district court. Pursuant to 28 U.S.C. § 636(b)(1)(B), the court **ORDERS** that the above-styled civil action be referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, who shall consider the pleadings and evidence therein and submit to this court proposed findings of fact and recommendation for disposition.

The Magistrate Judge is authorized to conduct hearings, including evidentiary hearings, to require the submission of additional pleadings, records or materials, and to take such other actions as deemed necessary as authorized by 28 U.S.C. § 636.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:      March 25, 2020

                              THOMAS E. JOHNSTON, CHIEF JUDGE