UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-6353
(2:17-cv-02345)
_____

KEITH W.R. LOWE

      Plaintiff - Appellant

v.

DR. SHERRI JOHNSON, physician for Wexford, sued in her individual capacity; DONNA WARDEN, Medical Director of MOCC, sued in her individual capacity; DAVID BALLARD, Warden at MOCC; JAMES RUBENSTEIN, Commissioner of WVDOC, sued in his individual capacity and official; DANIEL CONN, CEO of Wexford sued in his individual and official capacity

      Defendants - Appellees

and

WEST VIRGINIA DEPARTMENT OF CORRECTIONS; WEXFORD HEALTH SOURCES, INC.

      Defendants

_____

M A N D A T E
_____

The judgment of this court, entered 03/17/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*