# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

KEITH W.R. LOWE

        Plaintiff,

v.                                               CIVIL ACTION NO. 2:17-cv-02345

DR. SHERRY JOHNSON, et al.,

        Defendants.

### JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered on September 20, 2021, the Court **GRANTS** Defendants' Motions for Summary Judgment, (ECF Nos. 114, 116). Accordingly, the Court **DISMISSES** this case and **DIRECTS** the Clerk to remove this case from the Court's active docket.

**IT IS SO ORDERED**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                  ENTER:        September 20, 2021

                                  THOMAS E. JOHNSTON, CHIEF JUDGE