UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 21-7443
(2:17-cv-02345)

———————

KEITH W.R. LOWE

    Plaintiff - Appellant

v.

DR. SHERRI JOHNSON, physician for Wexford, sued in her individual capacity; DAVID BALLARD, former Warden of Mount Olive Correctional Complex; JAMES RUBENSTEIN, former Commissioner of WVDOC, sued in his individual and official capacities

    Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
|---|---|
| Originating Case Number | 2:17-cv-02345 |
| Date notice of appeal filed in originating court: | 10/07/2021 |
| Appellant(s) | Keith W.R. Lowe |
| Appellate Case Number | 21-7443 |
| Case Manager | Ashley Brownlee 804-916-2704 |