IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**KEITH W.R. LOWE,**

    Plaintiff,

vs.                                          //////        CIVIL ACTION NO. 2:17-CV-2345

**DR. SHERRI JOHNSON,**                         Honorable Thomas E. Johnston
**DAVID BALLARD,**
**and JAMES RUBENSTEIN,**

    Defendants.

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
### ON BEHALF OF DEFENDANT DR. SHERRI JOHNSON

Pursuant to L.R. Civ P 83.4 of the Local Rules of the United States District Court of the Southern District of West Virginia, the undersigned respectfully notifies the parties and this Honorable Court of the substitution of counsel for the Defendant Dr. Sherri Johnson, as follows:

    1.    Melvin F. O'Brien, Esq.; Michelle D. Baldwin, Esq.; and the law firm of Dickie, McCamey & Chilcote, L.C., 2001 Main Street, Suite 501, Wheeling, West Virginia, 26003, hereby enter their appearance and substitution as counsel of record for Defendant Dr. Sherri Johnson.

    2.    Jeffery W. Lilly, Esq.; Ashley Joseph Smith, Esq.; and the law firm of Rose Padden Petty Taylor & Lilly, LC, consent to the substitution, withdraw from the representation of Dr. Sherri Johnson, and shall no longer serve as counsel of record in this matter.

    3.    The substitution of counsel will not delay the trial or other progress of the case. No scheduling order has been entered and no trial date has been set in the above-captioned case at this time.

Respectfully submitted,


/s/ Michelle D. Baldwin
Melvin F. O'Brien, Esq. (WV #6797)
Michelle D. Baldwin, Esq. (WV #8058)
DICKIE, McCAMEY & CHILCOTE, L.C.
2001 Main Street, Suite 501
Wheeling, WV 26003
Phone: 304-233-1022
Fax: 304-233-1026
E-mail: mobrien@dmclaw.com
       mbaldwin@dmclaw.com


Jeffery W. Lilly, Esq. (WV #8046)
Ashley Joseph Smith, Esq. (WV #12266)
ROSE PADDEN PETTY TAYLOR & LILLY, LC
Attorneys at Law
P.O. Box 1307
Fairmont, WV 26554
P: 304-363-4260
F: 304-363-4284
E-Mail: jlilly@rpptl.com

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**KEITH W.R. LOWE,**

    Plaintiff,

vs.                               //////         **CIVIL ACTION NO. 2:17-CV-2345**

**DR. SHERRI JOHNSON,**                           **Honorable Thomas E. Johnston**
**DAVID BALLARD,**
**and JAMES RUBENSTEIN,**

    Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2021, I electronically filed the foregoing *Notice of Withdrawal and Substitution of Counsel for Defendant Dr. Sherri Johnson* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

        John P. Fuller, Esq.
        Jeffrey M. Carder, Esq.
        BAILEY & WYANT, PLLC
        500 Virginia St. East, Ste. 600
        Charleston, WV 25337-3710
    *Counsel for Defendants David Ballard and James Rubenstein*

I further certify that the following was served via U.S. Mail, postage prepaid, on the 13th day of October, 2021:

        Keith W.R. Lowe – Inmate #3380501
        Mount Olive Correctional Complex
        1 Mountainside Way
        Mt. Olive, WV  25185
        *Plaintiff, Pro Se*

DICKIE, McCAMEY & CHILCOTE, L.C.

BY: /s/ Michelle D. Baldwin
Melvin F. O'Brien, Esq. (WV #6797)
Michelle D. Baldwin, Esq. (WV #8058)
2001 Main Street, Suite 501
Wheeling, WV 26003
Phone: 304-233-1022
Fax: 304-233-1026
E-mail: mobrien@dmclaw.com
mbaldwin@dmclaw.com

*Counsel for Defendant Dr. Sherri Johnson*